UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

| | |
|---|---|
| J Warren Robinson, IV | Case No. :   11-35300-KRH |
| Tiffany Robinson | Chapter 13 |

Debtor(s)

## NOTICE OF VOLUNTARY CONVERSION OF
## CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), J Warren Robinson, IV and Tiffany Robinson, by counsel, represents as follows:

1. The Debtors are no longer able to comply with the Chapter 13 plan and do not desire to modify the plan.

2. The Debtors qualify as debtors under Chapter 7 of the Bankruptcy Code.

3. Under Section 1307 (a) of the Bankruptcy Code, the debtors are entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wish to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtors.

WHEREFORE, the Debtors, J Warren Robinson, IV and Tiffany Robinson, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

J Warren Robinson, IV
Tiffany Robinson

By Counsel

/s/ Linda D. Jennings
Linda D. Jennigns, Esquire
VSB # 19455
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428(ph)
804-318-3806 (fax)

<u>Certificate of Service</u>

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this October 16, 2013 to U.S. Trustee's office, and to all necessary creditors.

/s/ Linda D. Jennings
Linda D. Jennings

<u>List of creditors</u>

**Robert E. Hyman**
PO Box 1780
Richmond, VA 23218

**Afni, Inc.**
Attn: Bankruptcy
404 Brock Dr
Bloomington, IL 61701-0000

**Afni, Inc.**
PO Box 3667
Bloomington, IL 61702

**Amca**
4 West Chester Plaza
Elmsford, NY 10523-0000

**Ashley Funding Services LLC its successors and**
assigns as assignee of Laboratory Corp of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Asset Acceptance LLC**
Po Box 2036
Warren MI 48090

**Bank of America**
PO Box 15726
Wilmington, DE 19886-0000

**Capio Partners Llc**
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-0000

**Capital Management Services**
726 Exchange St Suite 700
Buffalo, NY 14210-0000

**Cash 2 U**
PO Box 1120
Boulevard, CA 91905-0000

**Cash 2 u**
3600 S. Crater Road
Petersburg, VA 23805-0000

**Chesterfield County**
Utilities Dept
PO Box 608
Chesterfield, VA 23832-0000

**Chesterfield County Treasurer**
PO Box 70
Chesterfield, VA 23832-0000

**Collection**
Po Box 9134
Needham, MA 02494-0000

**Comcast**
8029 Corporate Dr
Nottingham, MD 21236-0000

**Community Housing Partners**
809 William St Suite C
Fredericksburg, VA 22401-0000

**Credit Adjustment Board Inc**
306 East Grace St
Richmond, VA 23219-0000

**Credit Control Corp**
Attention: Bankruptcy
Po Box 120568
Newport News, VA 23612-0000

**Creditors Collection S**
Po Box 21504
Roanoke, VA 24018-0000

**Dept Of Ed/sallie Mae**
Po Box 9500
Wilkes Barre, PA 18773-0000

**DMV**
PO Box 27412
Richmond, VA 23269-0000

**DOMINION VIRGINIA POWER**

CUSTOMER CREDIT SERVICES
P.O. BOX 26666
RICHMOND VA 23261-6666

**Dt Credit Co**
7300 E Hampton Ave. Suite 101
Mesa, AZ 85209-0000

**DT CREDIT COMPANY LLC**
PO BOX 29018
PHOENIX, AZ 85038

**Eastern Account System**
PO Box 837
Newtown, CT 06470-0000

**Enhanced Recovery Company**
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**Equable Ascent Financial, LLC**
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Gentle Breeze**
PO Box 1120
Boulevard, CA 91905-0000

**Granite Recovery LLC**
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**IRS**
Po Box 7346
Philadelphia, PA 19101-0000

**John Randolph Med Center**
PO Box 99400
Louisville, KY 40269-0000

**JOHN RANDOLPH MEDICAL CENTER**
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

**LabCorp**
PO Box 2240
Burlington, NC 27216-0000

**Lendmark Financial Ser**
2118 Usher St Nw
Covington, GA 30014-0000

**Lvnv Funding**
Po Box 10584
Greenville, SC 29603-0000

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Medical Data Systems I**
2001 9th Ave
Suite 312
Vero beach, FL 32960-0000

**Midland Funding LLC**
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

**Midland Funding LLC**
by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

**National Rec**
416 S Main
Ottawa, KS 66067-0000

**NPDL**
PO box 332
Talmage, CA 95481-0000

**Okinus Credit Solutions**
PO Box 691
Pelham, GA 31779-0000

**Palisades Acquisition IX LLC**
Vativ Recovery Solutions LLC, dba SMC
As Agent For Palisades Acquisition IX LL
PO Box 40728
Houston, TX 77240-0728

**Petersburg City Treasurer**
135 N Union St
Petersburg, VA 23803-0000

**Portfolio Rc**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541-0000

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

**Professional Account Services**
PO Box 188
Brentwood, TN 37024-0000

**Radiology Assoc of Richmond**
Po Box 79923
Baltimore, MD 21279-0000

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Rjm Acquisitions Llc**
575 Underhill Blvd
Suite 224
Syosset, NY 11791

**Sallie Mae Inc., on behalf of the**
Department of Education
P.O. Box 740351
Atlanta, GA 30374-0351

**Southside Regional**
Po Box 501128
Saint Louis, MO 63150-0000

**Southside Regional Medical Center**
c/o PASI
PO Box 188
Brentwood, TN 37024

**Southside Regional Medical Center**
c/o PASI
PO Box 188
Brentwood, TN 37024

**Sprint Nextel Correspondence**
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

**Suntrust Bank**
PO bOX 85024
Richmond, VA 23285-0000

**Target Coproation Recovery Ser**
PO Box 038994
Tuscaloosa, AL 35403-0000

**The Debt Law Group, PLLC**
11357 Nuckols Road Suite 145
Glen Allen, VA 23059

**TRS Recovery Services**
PO Box 6380
Aurora, IL 60598-0000

**Verizon Virginia Inc**
Attn: Bankruptcy
Po Box 3397
Bloomington, IL 61702-0000

**Virginia Dept of Taxation**
PO Box 2156
Richmond, VA 23218-0000

**Virginia Emergency Physicians**
PO Box 41309
Nashville, TN 37204-0000

**Virginia Pediatrics PC**
301 Jennick Drive
Colonial Heights, VA 23834

**Wachovia**
3360 S Crater Road
Petersburg, VA 23805-0000

**Wells Fargo Bank**
P.O. Box 50014
Roanoke, VA 24040-0014