UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  J Warren Robinson, IV             Case No.: 11-35300-KRH
       Tiffany Robinson                    Chapter 7

     Debtor(s)

Schedule of Unpaid Debts After Commencement of Chapter 13

John Randolph Medical Center
PO Box 740760
Cincinnati, OH 45294

Southside Regional Med Center
PO Box 501128
St. Louis, MS 63150

Dominion VA Power
PO Box 26543
Richmond, VA 23890

Receivables Management
7206 Hull Street Ste 211
N. Chesterfield, VA 23235

Patient First
5000 Cox Road
Glen Allen, VA 23060

Dermatology Assoc of VA
10710 Midlothian Turnpike #401
Richmond, VA 23235

VCU Oral Pathology
520 N 12th St
Richmond, VA 23298

Torres Credit Service
27 Fairview St Ste 301
Carlisle, PA 17013

Trident Asset Management
PO Box 888424
Atlanta, GA 30356

West Bay Acquisitions
1540 Pontiac Ave Ste A
Cranston, RI 02920

NCC Business Services
9428 Baymeadows Road, Suite 200
Jacksonville, FL 32256

Target Cash Now
PO Box 581
Hays, MT 59527

Salute/Compu Credit Corp
PO Box 105555
Atlanta, GA 30348

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

IC System
PO Box 64378
St. Paul, MN 55164

Stern & Assoc
415 N. Edge Worth St Ste 210
Greensboro, NC 27401

Geico
One Geico Plaza
Bethesda, MD 20810

Prince George General District Court
PO Box 187
Prince George, VA 23875

Capital One
PO Box 85167
Richmond, VA 23235

Glass Mountain Capital
1930 Thoreau Drive Ste 100
Schaumburg, IL 60173

First Virginia
3219 Crater Rd.
Petersburg, VA 23805

Express Check Advance
2048 S Sycamore St
Petersburg, VA 23805

Check Into Cash
3600 S Crater Rd
Petersburg, VA 23805

Cash 2 U
3323 S Crater Rd
Petersburg, VA 23805

                                              /s/ Linda D. Jennings
                                             Linda D. Jennings
                                             Attorney for Debtors